■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGO CEDENO, Also Known as HUGO CEDANO, Also Known as MOSES NIVAR, Also Known as MOSES NAVAR, Appellant. [679 NYS2d 284] —Judgment, Supreme Court, New York County (Jay Gold, J., at hearing; Ronald Zweibel, J., at jury trial and sentence), rendered October 25, 1994, convicting defendant of criminal possession of a controlled substance in the third degree and two counts of criminally using drug paraphernalia in the second degree, and sentencing him to concurrent terms of 1 to 3 years, 1 year, and 1 year, unanimously affirmed.

Defendant's suppression motion was properly denied. The police had reasonable suspicion to detain defendant (see, People v Martinez, 80 NY2d 444). The chain of events permitted the inference that defendant had been involved in throwing rocks from the roof at the police, and justified the police detention of defendant as he attempted to flee into the apartment, whereupon the police saw contraband in open view. Concur—Milonas, J. P., Rosenberger, Wallach, Tom and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO DIAZ, Appellant. [679 NYS2d 285] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered September 10, 1996, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him to a term of 3 to 6 years, unanimously affirmed.

The court did not abuse its discretion in denying defendant's motion for a mistrial after uncharged crimes evidence was inadvertently elicited (see, People v Young, 48 NY2d 995). The court prevented any prejudice by immediately striking the testimony from the record and issuing a curative instruction to the jury, which the jury is presumed to have followed. Defendant's remaining contentions are unpreserved for appellate review, and we decline to review them in the interest of justice. Were we to review these claims, we would find that the challenged evidence was admissible to prove that the weapon was loaded and operable. Concur—Milonas, J. P., Rosenberger, Wallach, Tom and Mazzarelli, JJ.